UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY SZWANEK, and JAMES LOPEZ II, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>JACK IN THE BOX, INC., DIFFERENT RULES LLC, ARGO HOSPITALITY SERVICES, INC., and THREE FOODS, INC.,<br><br>    Defendants. | No. C 20-02953 WHA<br><br>**JUDGMENT** |

    For the reasons stated in the accompanying order granting defendants' motion to dismiss, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of Jack in the Box, Inc., Different Rules LLC, Argo Hospitality Services, Inc., and Three Foods, Inc., and against Judy Szwanek and James Lopez II.

    **IT IS SO ORDERED.**

Dated: September 30, 2020.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE