Roberto Luis Costales, Esq. (*pro hac vice*)
rlc@beaumontcostales.com
William H. Beaumont, Esq. (*pro hac vice*)
whb@beaumontcostales.com
BEAUMONT COSTALES LLC
107 W. Van Buren, Suite 209
Chicago, Illinois 60605
Telephone: (773) 831-8000
Facsimile:  (504) 272-2956
*Attorneys for Plaintiffs*

Glenn M. Goffin, SBN 153766
ggoffin@glenngoffinlaw.com
Attorney-at-Law
920 Beach Park Blvd #39
Foster City, California 94404
Telephone: (415) 845-8556

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDY SZWANEK, *et al*.,<br><br>     Plaintiffs,<br><br>v.<br><br>JACK IN THE BOX, INC., *et al*.,<br><br>     Defendants. | Case No.: 3:20-cv-02953-WHA<br><br>**PLAINTIFFS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT; REPRESENTATION STATEMENT** |

PLEASE TAKE NOTICE that Plaintiffs Judy Szwanek and James Lopez II hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order Granting Defendants' Motion to Dismiss and Judgment entered on the docket in this action on September 30, 2020. This Order and Judgment are appealable pursuant to 28 U.S.C. § 1291. The Representation Statement is set out on the next page of this document. Plaintiffs are not aware of any related cases currently pending in the Ninth Circuit.

*Respectfully submitted,*

Dated: October 5, 2020

*/s/ William H. Beaumont*
Roberto Luis Costales (*Admitted Pro Hac Vice*)
William H. Beaumont  (*Admitted Pro Hac Vice*)
*Attorneys for Plaintiffs*

## REPRESENTATION STATEMENT
## (FED. R. APP. P. 12(B); CIRCUIT RULE 3-2(B))

PLEASE TAKE FURTHER NOTICE THAT

Judy Szwanek and James Lopez II, Plaintiffs and Appellants in this matter, are represented by:

Roberto Costales (*Admitted Pro Hac Vice*)
William Beaumont (*Admitted Pro Hac Vice*)
BEAUMONT COSTALES LLC
107 W. Van Buren, Suite 209
Chicago, Illinois 60605
Telephone 773-831-8000
Email: rlc@beaumontcostales.com

Jack in the Box Incorporated, Defendant and Appellee in this matter, is represented by:

Mark S. Posard
Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
(415) 986-5900
Fax: (415) 986-8054
Email: mposard@grsm.com

Different Rules LLC, Defendant and Appellee in this matter, is represented by:

Mark S. Posard
Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
(415) 986-5900
Fax: (415) 986-8054
Email: mposard@grsm.com

Three Power Foods Incorporated, Defendant and Appellee in this matter, is represented by:

Stephen Edward Abraham
Lewis Brisbois Bisgaard & Smith LLP
650 Town Center Drive, Suite 1400
Costa Mea, CA 92626
714-668-5562
Fax: 714-850-1030
Email: stephen.abraham@lewisbrisbois.com

PLAINTIFFS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT; REPRESENTATION STATEMENT
Case No. 3:20-cv-02953-WHA

Argo Hospitality Services Incorporated, Defendant and Appellee in this matter, is represented by:

Stephen Edward Abraham
Lewis Brisbois Bisgaard & Smith LLP
650 Town Center Drive, Suite 1400
Costa Mea, CA 92626
714-668-5562
Fax: 714-850-1030
Email: stephen.abraham@lewisbrisbois.com

                                                *Respectfully submitted,*

Dated: October 5, 2020        */s/ William H. Beaumont*
                                        Roberto Luis Costales  (*Admitted Pro Hac Vice*)
                                        William H. Beaumont  (*Admitted Pro Hac Vice*)
                                        *Attorneys for Plaintiffs*

PLAINTIFFS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT; REPRESENTATION STATEMENT
Case No. 3:20-cv-02953-WHA

## **PLAINTIFFS' CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the PLAINTIFFS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT and REPRESENTATION STATEMENT with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on October 5, 2020.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: October 5, 2020            */s/ William H. Beaumont*