| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 10 2021 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

JUDY SZWANEK; JAMES LOPEZ II, individually and on behalf of all others similarly situated,

　　　　　Plaintiffs-Appellants,

　v.

JACK IN THE BOX, INC.; et al.,

　　　　　Defendants-Appellees.

No.   20-16942

D.C. No. 3:20-cv-02953-WHA
Northern District of California,
San Francisco

ORDER

Before: WATFORD and HURWITZ, Circuit Judges, and BAKER,[*] International Trade Judge.

　　Judges Watford and Hurwitz voted to deny the petition for rehearing en banc, and Judge Baker so recommended. The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35. The petition for rehearing en banc, Dkt. 37, is **DENIED**.

---

　　[*]　The Honorable M. Miller Baker, Judge for the United States Court of International Trade, sitting by designation.